782 A.2d 538

COMMONWEALTH of Pennsylvania, Appellee,

v.

Tyrone UPSHUR, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 17, 2001.

Decided Oct. 26, 2001.

Daniel A. Rendline, Philadelphia, for Tyrone Upshur.

Catherine Lynn Marshall, Philadelphia, for Commonwealth of Pennsylvania.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

**PER CURIAM.**

Appeal dismissed as having been improvidently granted.

Chief Justice FLAHERTY did not participate in the consideration or decision of this case.